UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G. RUTH,<br><br>           Plaintiff,<br><br>     v.<br><br>WARDEN, VALLEY STATE PRISON,<br><br>           Defendant. | No. 1:24-cv-00727-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PAY FILING FEE<br><br>Doc. 9 |

Plaintiff Eber G. Ruth is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff's complaint was filed on June 21, 2024. Doc. 1. Plaintiff did not pay the filing fee to proceed in this action nor did he file an application to proceed in forma pauperis. *See* Docket. The assigned magistrate judge issued an order requiring plaintiff to show cause why the action should not be dismissed for his failure to pay the filing fee, or alternatively, requiring plaintiff to pay the filing fee. Doc. 5. The order to show cause found that plaintiff is precluded from proceeding in forma pauperis in this action because at the time he filed his complaint, he already had accrued three strikes under § 1915(g) and plaintiff's allegations demonstrate that he is not under imminent danger of serious physical injury as required to be excepted from the "three strikes" bar. *Id.* Plaintiff filed a response to the order to show cause, but it did not demonstrate

1

1  that he was in imminent danger of serious physical injury or provide any other reason that he
2  would be excepted from the "three strikes" bar.  Doc. 6.

3        On August 19, 2024, the assigned magistrate judge issued findings and recommendations
4  that this action be dismissed without prejudice for plaintiff's failure to pay the filing fee.  Doc. 9.
5  In the findings and recommendations, the magistrate judge reiterated the previous finding that
6  plaintiff is precluded from proceeding in forma pauperis under § 1915(g).  *Id.* at 3-4.  The
7  findings and recommendations were served on plaintiff and provided him fourteen (14) days to
8  file objections.  *Id.* at 5.  Plaintiff has not filed objections to the findings and recommendations,
9  and the time to do so has passed.

10        The court has also reviewed a "supplemental" filing by plaintiff.  Doc. 10.  The filing was
11  signed by plaintiff on August 16, 2024 (*i.e.*, before the issuance of the findings and
12  recommendations), but was not received and docketed by the court until August 21, 2024.  *Id.*  It
13  consists of two pages of text asserting similar allegations as in the complaint (Doc. 1 at 2),
14  namely, regarding package vendors failing to process plaintiff's orders properly.  *See* Doc. 10.
15  Like the complaint (Doc. 1 at 6-7), it contains attached receipts.  Doc. 10 at 3-7.  Plaintiff's filing
16  contains no new allegations that might trigger the imminent danger exception to the three strikes
17  rule, *see id.*, and accordingly plaintiff remains subject to the 28 U.S.C § 1915(g) bar.

18        In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de
19  novo review of this case.  Having carefully reviewed the file, including plaintiff's supplemental
20  filing, the court concludes that the findings and recommendations are supported by the record and
21  proper analysis.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on August 19, 2024, Doc. 9, are adopted in full;
2. Plaintiff's complaint is dismissed without prejudice for failure to pay the filing fee; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 11, 2024

UNITED STATES DISTRICT JUDGE